

# NUMBER 13-21-00456-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ROSA I. PEREZ

### On Petition for Writ of Mandamus.

## ORDER

### Before Justices Hinojosa, Tijerina, and Silva
### Order Per Curiam

On December 21, 2021, relator Rosa I. Perez filed a petition for writ of mandamus through which she asserts that the trial court abused its discretion in denying relator's motion for leave to designate David Oropeza as a responsible third party. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004. The Court requests that the real parties in interest, Guadalupe Oropeza, Suleyma Oropeza, and Samantha Oropeza, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order.

*See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
27th day of December, 2021.